UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------- X
LISADI VASQUEZ-MARTINEZ,

                Petitioner,

       - against –

PAMELA BONDI, the Attorney General of the
United States, KRISTI NOEM, Secretary of the
Department of Homeland Security, TODD M. LYONS,
Acting Director, United States Immigration and Customs
Enforcement, in their official capacities, BRIAN FLANAGAN,
Acting Deputy Field Office Director for ICE in New York City Area,
In their official capacities,
                Respondents.
--------------------------------------- X

JUDGMENT
26-CV-01015 (HG)

    A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge,

having been filed on February 27, 2026, granting Petitioner's petition for a writ of habeas; it is

    ORDERED and ADJUDGED that Petitioner's petition for a writ of habeas corpus is

granted; the government is directed to immediately release Petitioner from custody and is further

directed to certify compliance with the Court's Order by filing a letter on the docket no later than

12:00 p.m. on March 2, 2026; and that Petitioner shall not be re-detained without notice and an

opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where

Respondents will have the burden of showing that his detention is authorized under 8

U.S.C. § 1226(a).

Dated: Brooklyn, New York
     March 2, 2026

Approved by: /s/ *Hector Gonzalez*
                HECTOR GONZALEZ
                United States District Judge

Dated: Brooklyn, New York

     March 2, 2026

Approved by:
                BRENNA B. MAHONEY
                Clerk of Court